**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MONTGOMERY BLAIR SIBLEY,

              PLAINTIFF,

VS.

YVETTE ALEXANDER, DON R. DINAN AND
WILLIAM LIGHTFOOT,

              DEFENDANTS.
              _____/

CASE NO.:12-CV-1984

**PLAINTIFF'S SECOND VERIFIED MOTION**
**FOR RULE TO SHOW CAUSE WHY BARACK**
**HUSSEIN OBAMA, II, SHOULD NOT BE**
**HELD IN CONTEMPT OF COURT**

Plaintiff, Montgomery Blair Sibley ("Sibley"), pursuant to 28 U.S.C. §1746, states that the matters stated herein are true under penalty of perjury and pursuant to Federal Rules of Civil Procedure, Rule 45(e) and the anomalous authority of this Court, moves for a second time for a Rule to Show Cause Barack Hussein Obama, II, should not be held in contempt of court and for grounds in support states:

## I.    BACKGROUND

On November 16, 2012, at Plaintiff's request pursuant to Rule 45(a)(3), the Clerk of this Court issued a blank subpoena duces tecum which Sibley subsequently directed to Barack Hussein Obama, II, directing him to produce the originals of his short-form Certificate of Live Birth and his long-form Certificate of Live Birth, copies of which were attached to the subpoena. A copy of that issued subpoena is attached hereto as Exhibit "A".

On December 14, 2012, Scott Risner of the U.S. Department of Justice indicated by email that he was authorized to accept a subpoena for Mr. Obama. As a result, Sibley served Exhibit "A" and Mr. Risner responded. See: Exhibit "B" attached hereto. In sum, Mr. Obama refused to

1

RECEIVED
Mail Room

2 1 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

produced the subpoenaed documents.

## II.   LEGAL ARGUMENT

Rule 45(e) states in pertinent part: "(e) Contempt – Failure by **any person** without adequate excuse to obey a subpoena served upon that person may be deemed a con-tempt of the Court."

"No man in this country is so high that he is above the law. **No officer of the law may set that law at defiance with impunity**. All officers of the government, from the highest to the lowest,  are creatures of the law, and are bound to obey it." *United States v. Lee*, 106 U.S. 220, 261 (1882)(Emphasis added). *Accord*: *Seminole Tribe v. Fla.*, 517 U.S. 44, f/n #2 (1996)("In any event, it is clear that the idea of the sovereign, or any part of it, being above the law in this sense has not survived in American law.")

Simply stated, is this Court's legacy to be like that of Judge Sirica of this Court who, in 1973, ordered President Nixon to turn over tapes of White House conversations to special prosecutor Archibald Cox and congressional investigators? When the Supreme Court upheld this ruling in July 1974, Nixon resigned in the face of impeachment. In all, 19 officials from the Nixon White House and reelection campaign were convicted.

_____**Or** is this Court instead to be remembered as the Court that – ignoring its own rules – <u>refused</u> to even allow the adjudication of the pending contempt motions against Mr. Obama so that the fraud of his citizenship status can be maintained?

This Court can continue to feign that it has <u>no</u> duty to consider the implications of the substantial and compelling evidence that mounts daily that Mr. Obama's past has been altered and deleted to prevent disclosure of the plain fact that Mr. Obama is neither a "natural born Citizen" or, as is becoming increasingly evident, even a "citizen".

Surely, "there comes a point where this Court should not be ignorant as judges of what we know as men."[1] A *coup d'etat* has occurred in violation of the rule of law. What is this Court going to do about it?

## II.   CONCLUSION

WHEREFORE, Sibley respectfully request that this Court issue a Rule to Show Cause why Barack Hussein Obama, II should not be held in contempt of court.

### CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, a true copy of the foregoing was caused to be served (i) pursuant to LCvR 5.4 upon Andrew J. Saindon, Assistant Attorney General, Equity Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001, Telephone: (202) 724-6643, Facsimile: (202) 730-1470, E-mail: andy.saindon@dc.gov.

I declare under penalty of perjury that the foregoing is true and correct.

> **MONTGOMERY BLAIR SIBLEY**
> Plaintiff
> 4000 Massachusetts Ave., N.W., #1518
> Washington, D.C. 20016
> (202) 478-0371
>
> By: _____
>                 Montgomery Blair Sibley

---

[1]     Justice Felix Frankfurter in *Watts v. Indiana*, 338 U.S. 49, 52 (1949).

3

SUBPOENA

## Superior Court of the District of Columbia
### CIVIL   DIVISION
500  Indiana  Avenue,  N.W.,  Room  **JM-170**
Washington,  D.C. 20001    Telephone  (202)  879-1133

Montgomery Blair Sibley
Plaintiff

SUBPOENA IN A CIVIL CASE

Yvette Alexander, et al.
Defendant

CASE NUMBER: 2012-CA-008644 B

To: Barack _____, II

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below *(list documents or objects)*:

| DOCUMENTS OR OBJECTS |
|---|
| See Addendum |

| PLACE OF PRODUCTION | DATE | TIME |
|---|---|---|
| See Addendum | See Attached | Addendum |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant)    DATE

Superior Court of the District of Columbia
Civil Division
500 Indiana Avenue, N.W.
Washington, D.C. 20001

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER

Montgomery Blair Sibley
4000 Massachusetts Ave, NW, #1518
Washington, D.C. 20016
Voice/Fax: 202-478-0371

Deputy Clerk

Exhibit "A"

*Montgomery Blair Sibley vs. Yvette Alexander, et al.*
Subpoena Addendum

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

DOCUMENTS OR OBJECTS – Original Certificates of Live Birth of Barack Hussein Obama, II, copies of which are attached hereto as Exhibit "A" & "B"

PLACE OF PRODUCTION – 4000 Massachusetts Ave, N.W., Washington, D.C. 20016

DATE/TIME - December 19, 2012 at 11:00 a.m.

**CERTIFICATION OF LIVE BIRTH**

STATE OF HAWAII
HONOLULU

DEPARTMENT OF HEALTH
HAWAII U.S.A.

CHILD'S NAME

DATE OF BIRTH
August 4, 1961

HOUR OF BIRTH
7:24 PM

SEX
MALE

CITY, TOWN OR LOCATION OF BIRTH
HONOLULU

ISLAND OF BIRTH
OAHU

COUNTY OF BIRTH
HONOLULU

MOTHER'S MAIDEN NAME
STANLEY   ANN   DUNHAM

MOTHER'S RACE
CAUCASIAN

FATHER'S NAME
BARACK   HUSSEIN   OBAMA

FATHER'S RACE
AFRICAN

DATE FILED BY REGISTRAR
August 8, 1961

Exhibit  "A"

This copy serves as prima facie evidence of the fact of birth in any court proceeding. [HRS 338-13(b), 338-19]

**ANY ALTERATIONS INVALIDATE THIS CERTIFICATE**

**STATE OF HAWAII**

**CERTIFICATE OF LIVE BIRTH**

FILE NUMBER **151**

**DEPARTMENT OF HEALTH**

**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ If no, give Judicial district |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ If no, give Judicial district |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | | 18a. |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | Signature of Parent or Other Informant — *Ann Dunham Obama* | Parent ☒ 18b. Date of Signature — 8-7-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | Signature of Attendant — *David A. Sinclair* | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ 19a. Date of Signature — 8-8-61 |
| 20. Date Accepted by Local Registrar — AUG — | Signature of Local Registrar — *U K Lee* | 22. Date Accepted by Reg. General — AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

*Alvin T. Onaka*, Ph.D.
STATE REGISTRAR

Exhibit "B"



# Sibley v. Alexander, 12-cv-1984 (D.D.C.)

**Risner, Sco**  CIV' <Scott Risner@usdoj.gov>                               Fri, Dec 14, 2012 at 8:39 AM
To: mbsibley  gmail.com
Cc: "Bowen,  ngham (CIV)" <Brigham.Bowen@usdoj.gov>

Mr. Sibley,

Mr. Bowen    I  will be representing the United States Government, including federal agencies and/or federal
officials act     their official capacity, with respect to any discovery you purport to seek in *Sibley v. Alexander*,
no. 12-cv-19  4 (".D.C )  In this regard, we understand that you have alleged in the D.C. Superior Court that you
have made efforts to serve President Barack Obama with a subpoena by mail.  Please be advised that we believe
that you have failed to properly serve the President.  We are, however, authorized to accept service of a valid
subpoena     d from the federal district court, on behalf of the President in his official capacity, should you wish
to attempt  f  ctuate proper service.  This authorization does not waive any objections, procedural or
otherwise,      vernment may have to such a subpoena.

Scott Risn

U.S. Depa   :   of Justice

Civil Divisic     eral Programs Branch

20 Massac'   .c' ts Ave    NW

Washingto   DC 20530

Tel. 202-5       / Fax          6470

**Montgome**    r Sibley <mbsibley@gmail.com>                              Fri, Dec 14, 2012 at 11:35 AM
To: "Risner,        (CIV)" <Scott Risner@usdoj.gov>
Bcc: "Isidoro      juez Esq " <isidoror@earthlink.net>

Scott,

Thank y    f  your offer.  Attached is a valid subpoena from a federal court.  I am sure you
are not g    to discriminate against an Article I court as what an offense that would be to
the dignit  o the People of the District of Columbia.

I look for va d to your client's response.

12/19/=2                                   Gmail - Sibley v. Alexander, 12-cv-1984 (D.D C.)

Montgomery Blair Sibley

202-643-?.??   (voice)

202-478-6???   (fax)

[Quoted text hidden]

📎 Obam?? Subpoena#3.pdf
   489K

Risner, Scott (CIV) <Scott.Risner@usdoj.gov>                    Fri, Dec 14, 2012 at 1:18 PM
To: Montgomery Blair Sibley <mbsibley@gmail.com>
Cc: "Bowen, Brigham (CIV)" <Brigham.Bowen@usdoj.gov>

Mr. Sibley,

Your e-mail states ??? ??? issued by the D.C. Superior Court, but as you know the case has been
removed ?. ??? ?peri?    ??? the U.S. District Court, thus terminating the Superior Court's jurisdiction over
the matter. ??cover    ??med you, we are authorized to accept service of a valid subpoena issued from
the federal district cou    ??s do not accept service of the subpoena as sent this morning.  Please advise if
you intend ??? ??ve a s??? ?ssued from the District Court.

Scott

From: Montgomery Blair Sibley [mailto:mbsibley@gmail.com]
Sent: Friday, December 14, 2012 11:35 AM
To: Risner, Scott (CIV)
Subject: Re: Sibley v. Alexander, 12-cv-1984 (D.D.C.)

[Quoted text ??]

https://mail.google.com/?... ?ui=2&i?641cf129ce&view=pt&search=inbox&th=13b99a4aa2904931                    2/2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

              PLAINTIFF,

VS.

YVETTE ALEXANDER, DON R. DINAN AND
WILLIAM LIGHTFOOT,

              DEFENDANTS.

_____/

CASE NO.:12-CV-1984

ORDER ON PLAINTIFF'S SECOND VERIFIED
MOTION FOR RULE TO SHOW CAUSE WHY
BARACK HUSSEIN OBAMA, II SHOULD NOT
BE HELD IN CONTEMPT OF COURT

THIS MATTER came on to be heard on Order on Plaintiff's Second Verified Motion for Rule

to Show Cause Why Barack Hussein Obama, II Should Not Be Held in Contempt of Court and the

Court being advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is granted. Barack Hussein Obama, II shall

show cause within _____ days of the date of this Order why they should not be held in contempt of court

for failing to comply with the subpoena duces tecum served on them in this matter.

DONE AND ORDERED in Chambers this _____ day of _____, 2012.

By: _____
              United States District Judge

Copies to:.

Montgomery Blair Sibley
Andrew J. Saindon