UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY,<br><br>Plaintiff<br><br>v.<br><br>YVETTE ALEXANDER, et al.<br><br>Defendants. | Civil Action No. 12-cv-1984 (JDB) |

## ORDER

Upon consideration of [9] defendants' motion to dismiss, plaintiff's various motions, the several memoranda filed by the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [9] defendants' motion to dismiss the complaint is **GRANTED**; it is further

**ORDERED** that [1, 8, and 22] plaintiff's motions for a preliminary injunction, to amend, and to disqualify are **DENIED;** and it is further

**ORDERED** that the case is remanded to the Superior Court of the District of Columbia.

**SO ORDERED.**

                                                      /s/
                                          JOHN D. BATES
                                 United States District Judge

Dated: January 8, 2013